# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Blakley v. Nazareth Academy, et al.     Case Number: 18 cv 6020

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Kermit Blakley, as Father and Next Friend of D.B., a minor

Attorney name (type or print): Jeanette Samuels

Firm: Samuels & Associates, Ltd.

Street address: 2925 S. Wabash Avenue

City/State/Zip: Chicago, Illinois 60616

Bar ID Number: 6313890     Telephone Number: (872) 588 - 8726
(See item 3 in instructions)

Email Address: sam@chicivilrights.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.     ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____
In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3 September 2018

Attorney signature:   S/ Jeanette Samuels
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015