**IN THE UNITED STATES DISTRCT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KERMIT BLAKLEY, as Father and Next Friend of D.B., a minor, | |
| Plaintiff, | |
| v. | No. 18 cv 6020 |
| DEBORAH VONDRASEK TRACY, THERESE UPHUES HAWKINS, NAZARETH ACADEMY HIGH SCHOOL, and the ROMAN CATHOLIC ARCHDIOCESE OF CHICAGO, | Judge Bucklo |
| Defendants. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Thursday, August 6, 2018, at 10:30 am,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Bucklo or any judge sitting in his or her stead in **Courtroom 2243** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto: PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER.

Dated: 4 September 2018            Respectfully Submitted,

By:    /s/ Jeanette Samuels

Jeanette S. Samuels
SAMUELS & ASSOCIATES, LTD.
2925 S. Wabash Avenue
Chicago, Illinois 60616
872-588-8726
sam@jsamlaw.com

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies, on oath, that the foregoing, PLAINTIFF'S MOTION FOR A TEMPORARY PROTECTIVE ORDER, was served on all counsel of record via the Court's electronic filing system on Tuesday, August 4, 2018.

/s/ Jeanette Samuels

Case: 1:18-cv-06020 Document #: 5 Filed: 09/04/18 Page 2 of 2 PageID #:16