## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: KERMIT BLAKLEY v. NAZARETH ACADEMY HIGH SCHOOL

Case Number: 18-cv-6020

An appearance is hereby filed by the undersigned as attorney for: Plaintiff

Attorney name (type or print): Kendra D. Spearman

Firm: Spearman Law, LLC

Street address: 150 S. Wacker Drive, 24th Floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6324689
(See item 3 in instructions)

Telephone Number: 312.788.2602

Email Address:

**FILED**
SEP 06 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature: S/ Kendra D. Spearman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015